# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 8, 2024

### NO. 03-24-00497-CR

**Denzel Hardman, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 460TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the judgment of conviction entered by the trial court. Denzel Hardman has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Denzel Hardman to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.